[Civil No. 889.]

JOHN CARETTO, and LORENZO CARETTO, Appellants, v. LOUIS ZECKENDORF, and ALBERT STEIN-FELD, Copartners under the firm name of L. Zeckendorf & Co., Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. Fletcher M. Doan, Judge.

No appearance for Appellants.

Charles Blenman, for Appellees.

January 10, 1905. Affirmed on short transcript.

———

[Civil No. 880.]

JAMES R. THORPE, Appellant, v. T. N. CLANTON et al., Appellees.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. Edward Kent, Judge.

C. F. Ainsworth, for Appellant.

Street & Alexander, for Appellees.

January 10, 1905. Dismissed.